UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS FUENTES, | : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR., MERRICK GARLAND; CHRISTOPHER WRAY; ANTONY BLINKEN; ALEJANDRO MAYORKAS; LOUIS DEJOY; DAVID P. PEKOSKE; STEVE DICKSON; LLOYD AUSTIN; THE TRANSPORTATION SECURITY ADMINISTRATION OF THE UNITED STATES, | : : : : : : : : | |
| | : | |
| *Defendants*. | : | NOVEMBER 24, 2021 |

## **ERRATA SHEET**

Pursuant to the Court's November 24, 2021 request, the Plaintiff Nicholas Fuentes files this Errata Sheet to correct errors in the caption of his complaint pursuant to Local Civil Rule 5.1(c). The corrected caption is below:

| | | |
|---|---|---|
| NICHOLAS FUENTES, PO Box 156 Western Springs, IL, 60558; | : : : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR.; 1600 Pennsylvania Avenue NW, Washington D.C.; | : : : | |
| | : | |
| MERRICK GARLAND 950 Pennsylvania Avenue NW, Washington D.C.; | : : : | |
| | : | |
| CHRISTOPHER WRAY c/o U.S. Attorney General 950 Pennsylvania Avenue NW, | : : : | |

Washington D.C.;                                :
                                                :
ANTONY BLINKEN                                  :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
ALEJANDRO MAYORKAS                              :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
LOUIS DEJOY                                     :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
DAVID P. PEKOSKE                                :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
STEVE DICKSON                                   :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
LLOYD AUSTIN                                    :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
THE TRANSPORTATION SECURITY                     :
ADMINISTRATION OF THE UNITED                    :
STATES                                          :
c/o U.S. Attorney General                       :
950 Pennsylvania Avenue NW,                     :
Washington D.C.;                                :
                                                :
       *Defendants*.                 :

THE DEFENDANT
<u>/s/ Norman A. Pattis /s/</u>
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com