## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Case number: 1:21-cv-03106

U.S. District Court

      ss: New Haven, December 6, 2021

District of Connecticut

 Then and there by virtue hereof, I served the within named defendant(s), **JOSEPH R. BIDEN, JR., MERRICK GARLAND, CHRISTOPHER WRAY, ANTONY BLINKEN, ALEJANDRO MAYORKAS, LOUIS DeJOY, DAVID P. PEKOSKE, STEVE DICKSON, LLOYD AUSTIN, U.S. TRANSPORTATION SECURITY ADMINISTRATION,** by leaving with Hon. Edward Kaplan, U.S. Attorney, with and in the hands of Kelleen Stokes, Clerk in charge, who is duly authorized to accept service and who accepted service, thirty (30) true and attested copies (3 for each defendant) of the original United States District Court Summons in a Civil Case, Civil Cover Sheet, and Prayer for Relief with my endorsements thereon.

 And afterwards, on December 6, 2021, in the Town of New Haven, I served the within named defendant(s), **JOSEPH R. BIDEN, JR., MERRICK GARLAND, CHRISTOPHER WRAY, ANTONY BLINKEN, ALEJANDRO MAYORKAS, LOUIS DeJOY, DAVID P. PEKOSKE, STEVE DICKSON, LLOYD AUSTIN, U.S. TRANSPORTATION SECURITY ADMINISTRATION,** by depositing at the post Office, a letter to each, certified mail return receipt requested addressed:

**Joseph R. Biden, Jr**
**c/o Merrick Garland – U.S. Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, DC 20500**

**Merrick Garland**
**U.S. Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, DC 20500**

Christopher Wray
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

Antony Blinken
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

Alejandro Mayorkas
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

Louis DeJoy
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

David P. Pekoski
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

Steve Dickson
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

Lloyd Austin
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

**U.S. Transportation Security Administration**
**c/o Merrick Garland – U.S. Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, DC 20500**

Receiving therefore the Post Office receipt(s) hereto annexed. Said letter(s) each contained two (2) true and attested copies of the original United States District Court Summons in a Civil Case, Civil Cover Sheet, and Prayer for Relief with my endorsements thereon.

And afterwards, on December 6, 2021, in the Town of New Haven, I served the within named defendant(s) <u>JOSEPH R. BIDEN, JR., MERRICK GARLAND, CHRISTOPHER WRAY, ANTONY BLINKEN, ALEJANDRO MAYORKAS, LOUIS DeJOY, DAVID P. PEKOSKE, STEVE DICKSON, LLOYD AUSTIN, U.S. TRANSPORTATION SECURITY ADMINISTRATION,</u> by depositing at the post Office, a letter to each, certified mail return receipt requested addressed:

**Joseph R. Biden, Jr**
**President of the United States of America**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

**Merrick Garland**
**U.S. Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, DC 20500**

**Christopher Wray – Director of FBI**
**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**

**Antony Blinken**
**Secretary of State**
**2201 C Street NW, Room 2206**
**Washington, DC 20520-2204**

Alejandro Mayorkas
Secretary of Homeland Security
3801 Nebraska Avenue Complex
Washington, DC 20528

Louis Dejoy
Postmaster General
475 L'ensant Plaza, SW
Washington, DC 20260-0010

David P. Pekoske
Administrator of the Transportation Security Administration
701 12th Street S
Arlington, VA 22202

Steve Dickson
Administrator of the Federal Aviation Administration
800 Independence Avenue
Washington, DC 20591

Lloyd Austin
Secretary of Defense
1400 Defense Pentagon
Washington, DC 20301

Transportation Security Administration
701 12th Street S
Arlington, VA 22202

Receiving therefore the Post Office receipt(s) hereto annexed. Said letter(s) each contained a true and attested copy of the original United States District Court Summons in a Civil Case, Civil Cover Sheet, and Prayer for Relief with my endorsements thereon.

And afterwards, on December 6, 2021, in the Town of New Haven, , I served the within named defendant(s) **JOSEPH R. BIDEN, JR., MERRICK GARLAND, CHRISTOPHER WRAY, ANTONY BLINKEN, ALEJANDRO MAYORKAS, LOUIS DeJOY, DAVID P. PEKOSKE, STEVE DICKSON, LLOYD AUSTIN, U.S. TRANSPORTATION SECURITY ADMINISTRATION,** by depositing at the post Office, a letter to each, certified mail return receipt requested addressed:

**Joseph R. Biden, Jr**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Merrick Garland**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Christopher Wray**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Antony Blinken**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Alejandro Mayorkas**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Louis DeJoy**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**David P. Pekoski**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Steve Dickson**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Lloyd Austin**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**U.S. Transportation Security Administration**
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

Receiving therefore the Post Office receipt(s) hereto annexed. Said letter(s) each contained a true and attested copy of the original United States District Court Summons in a Civil Case, Civil Cover Sheet, and Prayer for Relief with my endorsements thereon.

FEES:
| | |
|---|---|
| Service Fee | $200.00 |
| Copies | 900.00 |
| Endorsements | 23.20 |
| Travel | 5.00 |
| Certified Mails | 334.70 |
| | $1,482.90 |

ATTEST:

*[signature]*

EVE L. MILLER
AN INDIFFERENT PERSON

# UNITED STATES DEPARTMENT OF JUSTICE
United States Attorney's Office
*District of Connecticut*
157 Church Street 25th Floor
New Haven CT 06510
(203) 821-3700

This service is accepted upon the United States as provided for in Rule 4(i)F.R. Civ. P. and should not be construed as service upon a federal official being sued in his/her individual capacity as distinguished from official capacity.

12-6-2021
Date

By *Kelleen Stokes*

**PLEASE MAIL 2 CERTIFIED COPIES TO THE U.S. ATTORNEY GENERAL, HON. MERRICK GARLAND**

**U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530**



**Receipt 1** (7020 3160 0001 7893 8704)
Sent To: Merrick Garland, U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

**Receipt 2** (7020 3160 0001 7893 8582)
Joseph R. Biden, Jr.
President of the United States of America
1600 Pennsylvania Avenue NW
Washington, DC 20500

**Receipt 3** (7020 3160 0001 7893 8605)
Sent To: Merrick Garland, U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

**Receipt 4** (7020 3160 0001 7893 8698)
Joseph R. Biden, Jr.
c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

**Receipt 5** (7020 3160 0001 7893 8506)
Merrick Garland
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**Receipt 6** (7020 3160 0001 7893 8490)
Joseph R. Biden, Jr.
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8729

Sent To: Antony Blinken, Secretary of State
Street and Apt: 2201 C Street NW, Room 2206
City, State, ZIP: Washington, DC 2520-2204

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8712

Sent To: Christopher Wray, Director of FBI
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20500

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8728

Sent To: Antony Blinken
c/o Merrick Garland - U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8711

Sent To: Christopher Wray
c/o Merrick Garland - U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8520

Sent To: Antony Blinken
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 3160 0001 7893 8513

Sent To: Christopher Wray
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8643

Sent To: Louis DeJoy, Postmaster General
Street and Apt.: 475 L'enfant Plaza, SW
City, State, ZIP: Washington, DC 20260-0010

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8636

Sent To: Alejandro Mayorkas, Secretary of Homeland Security
Street and Apt.: 3801 Nebraska Avenue Complex
City, State, ZIP: Washington, DC 20528

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8742

Sent To: Louis DeJoy, c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8735

Sent To: Alejandro Mayorkas, c/o Merrick Garland – U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8544

Louis DeJoy
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0001 7893 8537

Alejandro Mayorkas
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 7898

Steve Dickson
Administrator of the Federal Aviation Administration
800 Independence Avenue
Washington, DC 20591



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 8450

David P. Pekoske
Administrator of the Transportation Security Administration
701 12th Street S
Arlington, VA 22202



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 8766

Steve Dickson
c/o Merrick Garland - U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 8759

David P. Pekoske
c/o Merrick Garland - U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20500



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 8568

Steve Dickson
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3140 0001 7893 8551

David P. Pekoske
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** Transportation Security Administration
**Street:** 701 12th Street S
**City:** Arlington, VA 22202

Tracking: 7020 3160 0001 7893 8874

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** Lloyd Austin, Secretary of Defense
**Street:** 1400 Defense Pentagon
**City:** Washington, DC 20301

Tracking: 7020 3160 0001 7893 8447

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** U.S. Transportation Security Administration
c/o Merrick Garland - U.S. Attorney General
**Street:** 950 Pennsylvania Avenue NW
**City:** Washington, DC 20500

Tracking: 7020 3160 0001 7893 8780

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** Lloyd Austin
c/o Merrick Garland - U.S. Attorney General
**Street:** 950 Pennsylvania Avenue NW
**City:** Washington, DC 20500

Tracking: 7020 3160 0001 7893 8773

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** U.S. Transportation Security Administration
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
**Street:** 555 4th Street NW
**City:** Washington, DC 20530

Tracking: 7020 3160 0001 7893 8599

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Sent To:** Lloyd Austin
c/o Matthew M. Graves, Esq
United States Attorney for the District of Columbia
**Street:** 555 4th Street NW
**City:** Washington, DC 20530

Tracking: 7020 3160 0001 7893 8575