IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICHOLAS FUENTES,

    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*,

    *Defendants.*

Case No. 1:21-cv-03106 (APM)

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for all Defendants in the above-captioned matter. Please note the following contact information for Ms. Kaiser:

Sophie Kaiser
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 307-2092
Facsimile: (202) 616-8460
Email: sophie.b.kaiser@usdoj.gov


Dated: January 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

1

*/s/ Sophie Kaiser*
SOPHIE KAISER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 307-2092
Facsimile: (202) 616-8470
sophie.b.kaiser@usdoj.gov

*Counsel for Defendants*