IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS FUENTES,<br><br>*Plaintiff,*<br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>*Defendants.* | Case No. 1:21-cv-03106 (APM) |

## **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants respectfully request that the Court extend the time required for Defendants to respond to the Complaint for fifty-two (52) days from Friday, February 11, 2022 to Monday, April 4, 2022. The undersigned counsel has conferred with counsel for Plaintiff, who consents to the requested extension. As explained below, the Government anticipates that this additional time will enable it to take steps at the administrative level that may materially impact both the issues in dispute and any briefing at the pleading stage. In support of this request, Defendants state the following:

1. On November 23, 2021, Plaintiff filed a complaint alleging that he was unlawfully placed on the No Fly List in violation of the First, Fifth, Ninth, and Fourteenth Amendments. ECF No. 1. Plaintiff alleges that after being denied boarding, he submitted a complaint to the Department of Homeland Security, but that Defendants "have not given [Plaintiff] a final resolution of it or an update[.]" *Id.*

1

2. On December 13, 2021, Defendants were served with the Complaint, and pursuant to Federal Rule of Civil Procedure 12(a)(2), the time for Defendants to respond to the Complaint is Friday, February 11, 2022.

3. By filing a complaint through the Department of Homeland Security Traveler Redress Inquiry Program ("DHS TRIP"), Plaintiff has triggered the DHS TRIP administrative process, which is currently ongoing. Upon receipt of a DHS TRIP application, the Government conducts a review of applicable records to determine, among other things, whether an individual is on a Government watchlist and whether any such listing remains warranted.

4. Such proceedings may impact the Court's jurisdiction at this time, *see, e.g.*, *Shearson v. Holder*, 725 F.3d 588, 595 (6th Cir. 2013) (affirming dismissal of claims for failing to exhaust administrative remedies through DHS TRIP), or, at a minimum, result in a more developed record, thus enabling this Court to "better determine the issues." *Id.* Other courts have required the completion of steps in the DHS TRIP redress process before conducting further judicial review of watchlist claims. *See Mokdad v. Holder*, No. 2:13-cv-12038, Order, ECF No. 43 (E.D. Mich. Dec. 16, 2015); *Latif v. Holder*, No. 3:10-cv-750, ECF No. 152 (D. Or. Oct 3, 2104); *Fikre v. FBI*, No 3:13-cv-899, ECF No. 57 (D. Or. Jan 14, 2015); *Tarhuni v. Holder*, No. 3:13-cv-001, ECF Nos. 79, 86 (D. Or. Oct. 3, 2014).

5. Defendants expect that a fifty-two (52) day extension will allow time for Defendants to provide Plaintiff with a determination letter, for the parties to discuss whether continued litigation is warranted, and if necessary for Defendants to prepare a response to the Complaint.

For these reasons, Defendants respectfully request a fifty-two (52) day extension of time, or until April 4, 2022, to respond to Plaintiff's complaint, as necessary.

A proposed order to this effect is attached herewith.

Dated: January 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Sophie Kaiser*
SOPHIE KAISER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 307-2092
Facsimile: (202) 616-8470
sophie.b.kaiser@usdoj.gov

*Counsel for Defendants*

*/s/ Norman A. Pattis*
NORMAN A. PATTIS
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
Telephone: (203) 393-3017
Facsimile: (203) 393-9745
npattis@pattisandsmith.com

*Counsel for Plaintiff*