IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS FUENTES,<br><br>        *Plaintiff,*<br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>        *Defendants.* | Case No. 1:21-cv-03106 (APM) |

## JOINT MOTION FOR SCHEDULE AND TO WAIVE COMPLIANCE WITH LOCAL CIVIL RULE 7(N)

The parties respectfully request that the Court enter the below proposed schedule for Plaintiff to seek Defendant's consent or the Court's leave to file an amended complaint and for Defendants to respond to that complaint. As explained below, the Government has issued a final determination letter regarding Plaintiff's Department of Homeland Security Traveler Redress Inquiry Program ("DHS TRIP") inquiry that materially impacts the issues in dispute. In addition, as set forth below, Defendants respectfully request that should they file a motion to dismiss, that the Court waive compliance with Local Civil Rule 7(n)(1) until after disposition of that motion to dismiss. In support of these requests, the parties state the following:

1. On November 23, 2021, Plaintiff filed a complaint alleging that he was unlawfully placed on the No Fly List in violation of the First, Fifth, Ninth, and Fourteenth Amendments. ECF No. 1. Plaintiff alleged that after being denied boarding, he submitted a complaint to the Department of Homeland Security, but that Defendants "have not given [Plaintiff] a final resolution of it or an update[.]" *Id.*

2. By filing a DHS TRIP inquiry prior to filing this action, Plaintiff triggered the DHS TRIP administrative process. In order to allow that administrative process to conclude, Defendants sought a consent motion to extend the time to respond to the Complaint to April 4, 2022, which this Court granted. ECF No. 7; Minute Order of January 28, 2022.

3. On March 11, 2022, that administrative process concluded when DHS TRIP issued a final determination letter informing Plaintiff that he had been removed from TSA's Deny Boarding List and that TSA would not "place [him] back on TSA's Deny Boarding List based upon the currently available information."

4. Plaintiff has indicated that he intends to seek leave to file an amended complaint in this Court to reflect information in the final determination letter. Defendants agree that an amended complaint is necessary to reflect the final determination letter, but reserve the right to oppose amendment. It is Defendants' position that to the extent Plaintiff intends to bring claims challenging this final determination letter, which is a final "order," this Court would lack subject-matter jurisdiction because such challenges can only be brought in a court of appeals pursuant to 49 U.S.C. § 46110. *See, e.g.*, *Olivares v. TSA*, 819 F.3d 454, 462 (D.C. Cir. 2016) (holding that petitioner had properly invoked the court's jurisdiction pursuant to Section 46110 to challenge TSA's denial of his application to attend a flight school); *Blitz v. Napolitano*, 700 F.3d 733, 740 (4th Cir. 2012); *Gilmore v. Gonzales*, 435 F.3d 1125, 1132 (9th Cir. 2006).

5. Accordingly, the parties have conferred and respectfully request that the Court enter the following mutually convenient schedule:

    - Plaintiff will share with Defendants a copy of the proposed amended complaint within 10 days of this Court's adopting this proposal;

- Defendants will review the proposed amended complaint and provide their position on consent to amendment pursuant to Fed. R. Civ. P. 15(a)(2) within 10 days thereafter;
- Plaintiff will either file the amended complaint on the docket or file a motion for leave to amend within 10 days thereafter;
- The parties will confer and file a consent motion for a briefing schedule within 2 days thereafter proposing a schedule for Defendants to either (1) file an opposition to Plaintiff's motion for leave to amend; or (2) file a motion to dismiss the amended complaint, if the court grants leave to amend.

6. In addition, Defendants respectfully request that should they file a motion to dismiss, the Court waive compliance with Local Civil Rule 7(n)(1) until after it rules on any motion to dismiss.

7. In cases challenging judicial review of administrative agency action, notably those that "involv[e] a voluminous record," Local Civil Rule 7(n)(1) requires an agency to file a certified list of the contents of the administrative record "within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion[.]" Local Civil Rule 7(n) cmt. Courts in this district have waived compliance with this Rule when the administrative record is not voluminous or necessary for the court's decision regarding a motion to dismiss, such as when the motion to dismiss raises defenses that are purely jurisdictional or presents purely legal issues that can be decided without recourse to an administrative record. *See, e.g., Connecticut v. U.S. Dep't of the Interior*, 344 F. Supp. 3d 279, 294 (D.D.C. 2018); *Carroll v. DOL*, 235 F. Supp. 3d 79, 81 n.1 (D.D.C. 2017).

8. Should Defendants file a motion to dismiss, that motion would raise defenses that are jurisdictional or which can be considered without recourse to an administrative record, notably that Plaintiff lacks standing, and that even if he had standing, exclusive review would only lie in an appropriate U.S. Court of Appeals pursuant to 49 U.S.C. § 46110.

A proposed order to this effect is attached herewith.

Dated:  March 25, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Sophie Kaiser*_____
SOPHIE KAISER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 307-2092
Facsimile: (202) 616-8470
sophie.b.kaiser@usdoj.gov

*Counsel for Defendants*

*/s/ Norman A. Pattis*_____
NORMAN A. PATTIS
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
Telephone: (203) 393-3017
Facsimile: (203) 393-9745

npattis@pattisandsmith.com

*Counsel for Plaintiff*