IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICHOLAS FUENTES,

    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*,

    *Defendants.*

Case No. 1:21-cv-03106 (APM)

**ORDER**

Upon due consideration of the parties' Joint Motion for Schedule and to Waive Compliance with Local Civil Rule 7(n), it is hereby ordered that the following scheduling order is entered:

- Plaintiff will share with Defendants a copy of the proposed amended complaint within 10 days of this Order;

- Defendants will review the proposed amended complaint and provide their position on consent to amendment pursuant to Fed. R. Civ. P. 15(a)(2) within 10 days thereafter;

- Plaintiff will either file the amended complaint on the docket or file a motion for leave to amend within 10 days thereafter;

- The parties will confer and file a consent motion for a briefing schedule within 2 days thereafter proposing a schedule for Defendants to either (1) file an

opposition to Plaintiff's motion for leave to amend; or (2) file a motion to dismiss the amended complaint, if this Court grants leave to amend.

Should Defendants file a motion to dismiss, they are excused from complying with Local Civil Rule 7(n) until after disposition of that motion to dismiss.  SO ORDERED.

Dated: _____                    _____
                                     The Honorable Amit P. Mehta
                                     United States District Judge