# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS FUENTES, | : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR., | : | |
| MERRICK GARLAND; | : | |
| CHRISTOPHER WRAY; ANTONY | : | |
| BLINKEN; ALEJANDRO MAYORKAS; | : | |
| LOUIS DEJOY; DAVID P. PEKOSKE; | : | |
| STEVE DICKSON; LLOYD AUSTIN; | : | |
| THE TRANSPORTATION SECURITY | : | |
| ADMINISTRATION OF THE UNITED | : | |
| STATES, JOHN DOE; | : | |
| | : | |
| *Defendants*. | : | APRIL 15, 2022 |

## CONSENT *NUNC PRO TUNC* MOTION FOR MODIFICATION OF AMENDMENT SCHEDULE

The Plaintiff, Nicholas Fuentes, hereby moves the Court *nunc pro tunc* for a modification of the Court's amendment schedule set forth at Dkt. No. 9 on March 28, 2022. The undersigned represents that he has shared this motion with counsel for the Defendants, who consents to the granting of this motion.

## BACKGROUND

The Plaintiff, Nicholas Fuentes, filed this action on ~~October~~ November 23, 2021 for declaratory and injunctive relief because he believed that he had been placed on a "Deny Boarding" list by the Defendants. Dkt. 1. The Defendants appeared on January 28, 2022, and they filed a consent motion for an extension of time to respond to Fuentes' complaint. Dkt. 6, 7. The Court granted that motion, and extended the deadline for the Defendants' response to April 4, 2022.

On March 28, 2022, the parties filed a joint motion for extension of time, representing that the Defendants had issued an administrative determination letter to Fuentes that materially affected the allegations of his complaint and would necessitate its amendment. Dkt. 8. The parties requested that the Court establish a schedule for the parties to confer as to the amendment as follows:

1. Fuentes would provide the Defendants with a copy of his proposed amended complaint within 10 days of the Court's adopting of the proposed schedule.
2. The Defendants would review the proposed amended complaint and provide their position on consent to the amendment within 10 days thereafter.
3. Fuentes would file the amended complaint or a motion for leave to amend within 10 days after the Defendants let him know their position.
4. The parties would then file a consent motion for a briefing scheduule within 2 days of Fuentes' filing to propose dates for the Defendants to either (1) oppose Fuentes' motion for leave to amend or (2) file a motion to dismiss the amended complaint.

The Court adopted this proposal that same day, thus rendering Fuentes' amended complaint due to the Defendants on Thursday, April 7~~8~~, 2022. The undersigned failed to meet this deadline due to intervening circumstances.

**GOOD CAUSE FOR LATE FILING**

The undersigned's associate and counsel for the Defendants conferred by email and telephone on or about March 24-25, 2022 regarding the joint motion for the original schedule. The undersigned provided his consent to the joint motion through his associate on March 24, 2022.

The undersigned and his associate then turned their attention to coping with an emergency arising in a Connecticut Superior Court case that they are responsible for: *Lafferty*, *et al. v. Jones, et al.*, UWY-CV-18-6046436-S. The Connecticut Superior Court ordered emergency briefing on issues that included, among other emergency matters, whether it should issue an arrest warrant for the undersigned's client. Needless to say, the undersigned and his associate not only were forced to meet the emergency briefing deadlines, but they also coped with an immense number of emails. Thus, neither the undersigned nor his associate read the ECF email notification that the Court had adopted the parties' proposed schedule on March 28, 2022 because both lost it in the hundreds of emails that they received.

When the undersigned's associate finally obtained a breather on the night of April 12, 2022, he conducted a review of his pending matters and belatedly realized that the Court had granted the motion on March 28, 2022. He immediately prepared an amended complaint for the undersigned's approval and then provided it to Defendants' counsel while indicating the undersigned's willingness to move for additional time and permission to serve the complaint late.

The undersigned did not intentionally or unintentionally disregard the Court's orders. He had no knowledge of it due to the pressing nature of the emergency in *Lafferty* and the hundreds of emails that he had received. As soon as he and his associate learned of it, they took immediate steps to correct their error. The result was a five-day delay in providing the Defendants with the proposed amended complaint, which does not prejudice them or the resolution of this action. Thus, the undersigned submits that good causes exists to excuse his delay and grant this *nunc pro tunc* motion.

**PROPOSED MODIFICATIONS TO SCHEDULING ORDER**

Upon ~~confering~~conferring with counsel for the Defendants who consents to the modifications proposed below, the undersigned respectfully moves the Court to modify the amendment schedule as follows:

1. The Plaintiff's proposed amended complaint shall be deemed to be timely served on the Defendants on April 13, 2022.

2. The Defendants shall have 10 days from April 13, 2022 to let the Plaintiff's counsel know their position on whether they will consent to the proposed amendments.

3. The Plaintiff shall have 10 days from the day that the Defendants let him know their position to either file a motion for leave to amend his complaint or an amended complaint.

4. ~~The Defendants shall have 2 days from the day that the Plaintiff files his motion for leave to amend his complaint or an amended complaint to move the Court~~ The parties will confer and file a consent motion for a briefing schedule within 2 days thereafter proposing a schedule for Defendants to either (1) file an opposition to Plaintiff's motion for leave to amend; or (2) file a motion to dismiss the amended complaint, if this Court grants leave to amend. ~~for a briefing schedule as to their response to either document.~~

 

THE Plaintiff
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511

Tel: (203) 393-3017  
Fax: (203) 393-9745  
npattis@pattisandsmith.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/s/ Norman A. Pattis /s/</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS FUENTES, | : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR., | : | |
| MERRICK GARLAND; | : | |
| CHRISTOPHER WRAY; ANTONY | : | |
| BLINKEN; ALEJANDRO MAYORKAS; | : | |
| LOUIS DEJOY; DAVID P. PEKOSKE; | : | |
| STEVE DICKSON; LLOYD AUSTIN; | : | |
| THE TRANSPORTATION SECURITY | : | |
| ADMINISTRATION OF THE UNITED | : | |
| STATES, JOHN DOE; | : | |
| | : | |
| *Defendants*. | : | APRIL 15, 2022 |

# **[PROPOSED] ORDER**

Upon due consideration of the Plaintiff's consent *nunc pro tunc* Motion for Modification of the Amendment Schedule, it is hereby ordered that the following scheduling order is entered:

1. The Plaintiff's proposed amended complaint shall be deemed to be timely served on the Defendants on April 13, 2022.

2. The Defendants shall have 10 days from April 13, 2022 to let the Plaintiff's counsel know their position on whether they will consent to the proposed amendments.

3. The Plaintiff shall have 10 days from the day that the Defendants let him know their position to either file a motion for leave to amend his complaint or an amended complaint.

4. The parties will confer and file a consent motion for a briefing schedule within 2 days thereafter proposing a schedule for Defendants to either (1) file an opposition to Plaintiff's motion for leave to amend; or (2) file a motion to dismiss the amended complaint, if this Court grants leave to amend.

4. ~~The Defendants shall have 2 days from the day that the Plaintiff files his motion for leave to amend his complaint or an amended complaint to move the Court for a briefing schedule as to their response to either document.~~

SO ORDERED.

Dated_____                    _____
                                         The Honorable Amit P. Mehta
                                         United States District Judge