## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS FUENTES, | : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR., | : | |
| MERRICK GARLAND; | : | |
| CHRISTOPHER WRAY; ANTONY | : | |
| BLINKEN; ALEJANDRO MAYORKAS; | : | |
| LOUIS DEJOY; DAVID P. PEKOSKE; | : | |
| STEVE DICKSON; LLOYD AUSTIN; | : | |
| THE TRANSPORTATION SECURITY | : | |
| ADMINISTRATION OF THE UNITED | : | |
| STATES, JOHN DOE; | : | |
| | : | |
| *Defendants.* | : | APRIL 15, 2022 |

## ORDER

Upon due consideration of the Plaintiff's consent *nunc pro tunc* Motion for Modification of the Amendment Schedule, it is hereby ordered that the following scheduling order is entered:

1. The Plaintiff's proposed amended complaint shall be deemed to be timely served on the Defendants on April 13, 2022.

2. The Defendants shall have 10 days from April 13, 2022 to let the Plaintiff's counsel know their position on whether they will consent to the proposed amendments.

3. The Plaintiff shall have 10 days from the day that the Defendants let him know their position to either file a motion for leave to amend his complaint or an amended complaint.

4. The parties will confer and file a consent motion for a briefing schedule within 2 days thereafter proposing a schedule for Defendants to either (1) file an opposition to Plaintiff's motion for leave to amend; or (2) file a motion to dismiss the amended complaint, if this Court grants leave to amend.

SO ORDERED.

Dated_____                              _____
                                                    The Honorable Amit P. Mehta
                                                    United States District Judge