UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS FUENTES, | : | |
| | : | |
| *Plaintiff,* | : | Dkt. No.: 1:21-cv-03106 |
| v. | : | |
| | : | |
| JOSEPH R. BIDEN, JR., | : | |
| MERRICK GARLAND; | : | |
| CHRISTOPHER WRAY; ANTONY | : | |
| BLINKEN; ALEJANDRO MAYORKAS; | : | |
| LOUIS DEJOY; DAVID P. PEKOSKE; | : | |
| STEVE DICKSON; LLOYD AUSTIN; | : | |
| THE TRANSPORTATION SECURITY | : | |
| ADMINISTRATION OF THE UNITED | : | |
| STATES, JOHN DOE; | : | |
| | : | |
| *Defendants.* | : | MAY 4, 2022 |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order (Dkt. 11), the parties hereby submit a proposed briefing schedule for the Defendants' response to the Plaintiffs' amended complaint (Dkt. 13). Due to the recent substitution of counsel for defendants, and other briefing responsibilities for counsel for both parties in May 2022, the parties propose the following schedule:

1. The Defendants will file a motion to dismiss the Plaintiff's complaint on or before June 24, 2022.

2. The Plaintiff will fill his opposition to the Defendants' motion to dismiss on or before July 22, 2022.

3. The Defendants will file any reply to the Plaintiff's opposition to their motion to dismiss on or before August 23, 2022.

Wherefore, the undersigned respectfully request the Court to adopt the parties' briefing schedule.

THE Plaintiff
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

s/ *Alexander N. Ely*
ALEXANDER N. ELY (DC Bar No. 230008)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW,
Washington, DC 20005
Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Norman A. Pattis /s/

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS FUENTES, | : |
| *Plaintiff,* | : Dkt. No.: 1:21-cv-03106 |
| v. | : |
| JOSEPH R. BIDEN, JR., MERRICK GARLAND; CHRISTOPHER WRAY; ANTONY BLINKEN; ALEJANDRO MAYORKAS; LOUIS DEJOY; DAVID P. PEKOSKE; STEVE DICKSON; LLOYD AUSTIN; THE TRANSPORTATION SECURITY ADMINISTRATION OF THE UNITED STATES, JOHN DOE; | : |
| *Defendants.* | : |

# **[PROPOSED] ORDER**

Upon due consideration of the parties' Proposed Scheduling Order, it is hereby ordered that:

1. The Defendants will file a motion to dismiss the Plaintiff's complaint on or before June 24, 2022.

2. The Plaintiff will fill his opposition to the Defendants' motion to dismiss on or before July 22, 2022.

3. The Defendants will file any reply to the Plaintiff's opposition to their motion to dismiss on or before August 23, 2022.

SO ORDERED.

Dated_____          _____
                                The Honorable Amit P. Mehta
                                United States District Judge