# Exhibit 1



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (DHS TRIP)
6595 Springfield Center Drive, TSA-901
Springfield, VA 20598-6901

March 11, 2022

Mr. Nicholas Fuentes
929 Newberry Avenue
La Grange Park, IL  60526
United States

Redress Control Number:  2331500

Dear Mr. Fuentes:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP).  We take requests for redress seriously and strive to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people, and its visitors.

In response to the redress inquiry you submitted to DHS TRIP on April 27, 2021, we have conducted a review of any applicable records, as appropriate.  We have determined that, on January 12, 2021, the Transportation Security Administration (TSA) placed you on TSA's Deny Boarding List because you were identified as an individual who "may be a threat to civil aviation or national security."  49 U.S.C. § 114(h)(3)(A).  In particular, TSA determined that you were an individual who expressed an intent of carrying out or inciting an act that represents an imminent threat to the life of airline crew and your expression of intent appeared, under the circumstances, to be likely to incite or produce such action.  TSA reached this determination based on the totality of available information, including but not limited to videos you posted on or about January 4, 2021, in which you made serious expressions of your intent to harm flight attendants by apparent suffocation and/or shooting on your DLive broadcast "America First."[1]  DLive is a live streaming platform that is accessed by hundreds of thousands of viewers.  True and correct copies of these videos are enclosed as digital attachments.

On November 2, 2021, TSA removed you from TSA's Deny Boarding List.  The decision to remove you from TSA's Deny Boarding List was made based upon TSA's assessment, under the

---

[1] In one video, you reference going into a flight attendant school to "shake everyone's hand."  You stated, "don't come to flight attendant school tomorrow, . . . I'm coming."  "I am going to open the door and everyone is going to [say] AHHHH."  You further stated, "You, you thought you could hide in the stall, I'm going to shake your hand too . . . through the stall door.  You think a stall door is going to stop me from shaking your hand?"  TSA interpreted your statements about shaking hands to refer to shooting individuals.  TSA also considered your comments in which you stated that you were joking.  TSA determined that you warranted placement on TSA's Deny Boarding List in light of the graphic and violent nature of your threats directed toward flight attendants, which contributed to TSA's assessment that you intended to convey a threat by making these statements and were likely to incite or produce such imminent lawless action.

totality of circumstances, of all relevant information available as of November 2, 2021.  TSA will not place you back on TSA's Deny Boarding List based upon the currently available information.[2]

We cannot ensure, however, that your travel will be delay-free.  The redress process does not affect other screening procedures in place at airports and borders.  For example, individual air carriers may deny passengers boarding pursuant to their own authority, and an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons.  While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases.  The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes TSA's final agency decision.  If you have any further questions, please contact DHS TRIP via e-mail at TRIP@tsa.dhs.gov, or write to the address found in the letterhead.

Sincerely,

*Stanley Mungaray*

Stanley Mungaray
Acting Director
DHS Traveler Redress Inquiry Program

Enclosures

---

[2] TSA has released information to you regarding your prior status on TSA's Deny Boarding List after considering the transportation security, law enforcement, and national security concerns at stake.   This letter does not include Sensitive Security Information, as defined in 49 C.F.R. Part 1520, or other information protected from disclosure by law.

# Video Attachment 1 to Exhibit 1
# (Final Determination Letter)

# NOTICE OF ELECTRONIC SUBMISSION

In accordance with LCvR 5.4(e)(1)(A), Defendants have maintained a copy of the video file in their possession and will make copies available for the Court and Plaintiff via secure download and/or hand delivery upon request.

# Video Attachment 2 to Exhibit 1
# (Final Determination Letter)

## NOTICE OF ELECTRONIC SUBMISSION

In accordance with LCvR 5.4(e)(1)(A), Defendants have maintained a copy of the video file in their possession and will make copies available for the Court and Plaintiff via secure download and/or hand delivery upon request.