IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS FUENTES, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-CV-03106 (APM) |
| JOSEPH R. BIDEN, JR., *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF LODGING**

Official Capacity Defendants, through counsel, hereby give notice that they are lodging a declaration from Russell Vieco, Acting Executive Director for Intelligence within the Intelligence & Analysis Office at the Transportation Security Administration (TSA) for the Court's *ex parte* and *in camera* review only. This declaration is provided in support of Official Capacity Defendants' Motion to Dismiss Plaintiff's Amended Complaint. A redacted version of the declaration is also being filed concurrently on the public docket as an exhibit to the Reply Brief in Support of Official Capacity Defendants' Motion to Dismiss. As noted in Official Capacity Defendants' Reply Brief, given that this declaration is being filed in connection with a reply brief, Official Capacity Defendants do not object to Plaintiff filing a supplemental response on this issue and are willing to meet-and-confer with Plaintiff on an appropriate schedule.

The full version of this declaration contains sensitive security information protected from disclosure. If the Court concludes that it needs to review or rely on those

portions of the declaration in order to rule on the Motion to Dismiss, the declaration is submitted solely for *in camera* and *ex parte* review. A representative of the Department of Justice will deliver a hard copy of the *in camera* and *ex parte* declaration to the Court's chambers.

Dated: September 23, 2022             Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Alexander N. Ely*
ALEXANDER N. ELY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20530
Tel: (202) 616-8244

*Counsel for Official Capacity Defendants*